UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CASE NO. 4:24-cv-66-RGJ
*E-Filed*

**BARRY PAYTON**                                                                                     **PLAINTIFF**

**vs**

**GRAYSON COUNTY, KY et. al.**                                             **DEFENDANTS**

## MOTION FOR ATTORNEY'S FEES & FOR DISCHARGE

Comes now the undersigned and moves this Court to award him a reasonable attorney fee for the services rendered by him as Warning Order Attorney for the Defendants Office John Doe 1-5 to be paid by the Plaintiff; and further moves the Court to be discharged from further responsibilities in this matter.

In support of this Motion, Movant would show that he was appointed to serve as Warning Order Attorney for Defendants on July 31, 2024. On or about August 22, 2024, the undersigned filed a report detailing his efforts to provide notice to the Defendants.

The attached affidavit details the nature and extent of the legal services provided and is presented in support of this Motion for an award of attorney fees in the amount of $.

Respectfully submitted, this the 23rd day of September, 2024

                                                /s/ Clay Wilkey
                                                Clay Wiley
                                                WILKEY & WILSON, P.S.C.
                                                111 West 2nd Street
                                                Owensboro, Kentucky 42301
                                                Cwilkey@wilkeylaw.com
                                                *Warning Order Attorney*

**CERTIFICATE OF SERVICE**

      I hereby certify that I served a true and accurate copy of the foregoing on this the 23rd day of September, 2024 to the following via e-filing with ECF:

Hon. Jeffrey L. Freeman
FREEMAN LEGAL GROUP, PLLC
4949 Brownsboro Road, Suite 278
Louisville, KY 40222
jfreeman@loulegal.com

Hon. Gary S. Logsdon
GARY S. LOGSDON & ASSOCIATES
PO Box 382
Brownsville, KY 42210
gary@garylogsdonlaw.com

Hon. Aaron D. Smith
Hon. Jessica R. Shoulders
ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College St
PO Box 770
Bowling Green, KY 42102
asmith@elpolaw.com
jshoulders@elpolaw.com

                                  /s/ Clay Wilkey
                                  Clay Wilkey

S:\Warning Orders\John Doe (fed ct)\2024-9-22 motion for fees - US District.wpd.