UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

**BARRY PAYTON**     **Plaintiff**

v.     Civil Action No. 4:24cv-00066-RGJ

**GRAYSON COUNTY, KENTUCKY**     **Defendants**
**D/B/A GRAYSON COUNTY**
**DETENTION CENTER, et al.**

\* \* \* \* \*

### REPORT

The Court conducted a telephonic discovery conference in this matter on February 20, 2025, with the following counsel participating:

    For Plaintiff:     Gary S. Logsdon for Plaintiff

    For Defendant(s):     John A. Sowell for Defendants

Counsel for the Defendants advised they are waiting to receive copies of Plaintiff's medical records and medical bills. Counsel for Plaintiff advised he has been working with the provider but not getting the responses he needs. He advised he has prepared a subpoena for the provider to produce the records on March 10, 2025.

ENTERED this    February 20, 2025

                                      H. Brent Brennenstuhl
                                      United States Magistrate Judge

Copies to:     Counsel
Court Reporter:     Proceeding Not Recorded
Court Time:     0/05