UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KETUCKY
OWENSBORO DIVISION
CASE NO. 4:24-Cv-66-RGJ

BARRY PAYTON                                                                                   PLAINTIFF

v.

GRAYSON COUNTY, KENTUCKY, *et al.*                                       DEFENDANTS

### NOTICE OF DEPOSITION OF PLAINTIFF, BARRY PAYTON

Notice is hereby given that the Defendants, Grayson County, Kentucky and Jason Woosley, Individually and in his official capacity as Grayson County Jailer, by counsel, will proceed to take the stenographic deposition of **Barry Payton** on **Wednesday, April 16, 2025, beginning at 10:00 a.m., CST,** at Gary S. Logsdon & Associates, 101 East Main Street, Brownsville, KY 42210.

Said deposition is to be taken for purposes of discovery and all other uses permitted under the Kentucky Rules of Civil Procedure and shall continue from day to day until completed.

This the 11th day of April 2025.

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP

1101 College Street; P.O. Box 770
Bowling Green, KY 42102-0770
Telephone: (270) 781-6500
Facsimile: (270) 782-7782
E-Mail: asmith@elpolaw.com

*/s/ John A. Sowell*
JOHN A. SOWELL
AARON D. SMITH
JESSICA R. SHOULDERS
*Counsel for Defendants Grayson County and Jailer Jason Woosley*

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 11, 2025, a true and accurate copy of the foregoing was served via regular and/or electronic mail upon the following:

Gary S. Logsdon
Justin Towe
GARY S. LOGSDON & ASSOCIATES
P.O. Box 382
Brownsville, KY 42210
Telephone: (270) 597-2134
gary@garylogsdonlaw.com
justin@garylogsdonlaw.com
*Counsel for the Plaintiff*

Kentuckiana Court Reporters
Schedule@kentuckianareporters.com
*Court Reporter*

                 */s/ John A. Sowell*
                 JOHN A. SOWELL