UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KETUCKY
OWENSBORO DIVISION
CASE NO. 4:24-Cv-66-RGJ

BARRY PAYTON     PLAINTIFF

v.

GRAYSON COUNTY, KENTUCKY, *et al.*     DEFENDANTS

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties having agreed, as evidenced by the signatures of counsel for the parties affixed hereto, and the Court having been sufficiently advised:

**IT IS HEREBY AGREED, ORDERED, AND ADJUDGED** that this matter, including any and all claims asserted, and any and all claims that could have been asserted, by Plaintiff against Defendants herein, is hereby **DISMISSED WITH PREJUDICE** with the parties to bear their own costs and attorney fees.

Rebecca Grady Jennings, District Judge
United States District Court

July 22, 2025

Have Seen and Agreed:

*/s/ Gary S. Logsdon (with permission)*
Gary S. Logsdon
GARY S. LOGSDON & ASSOCIATES
*Counsel for Plaintiff Barry Payton*

*/s/ John A. Sowell*
JOHN A. SOWELL
AARON D. SMITH
JESSICA R. SHOULDERS
*Counsel for Defendants Grayson County and Jailer Jason Woosley*

1